IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARYLAND DEPARTMENT OF HEALTH, et al.,<br><br>    Defendants. | Civil Action No. 1:24-cv-01423-MJM<br><br>NOTICE OF MOTION<br><br>REDACTED VERSION PUBLIC |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that upon the pleadings, including the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and exhibits in support thereof, Plaintiffs, on behalf of themselves and those similarly situated, respectfully move this Court, before the Honorable Matthew J. Maddox, United States District Judge of the District of Maryland, for an Order granting Plaintiffs' motion for certification of a class pursuant to Fed. R. Civ. P. 23(a) and (b)(2); and (c) granting such other and further relief as this Court deems just and proper. A proposed order is also filed with this motion.

WHEREFORE, Plaintiffs request that the Court enter an order certifying the class.

Dated:  July 19, 2024	Respectfully Submitted,

*/s/ Debra Lynn Gardner*

Debra Lynn Gardner (Fed. Bar No. 24239)
PUBLIC JUSTICE CENTER
201 North Charles Street, Suite 1200
Baltimore, Maryland 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
gardnerd@publicjustice.org

Regan Bailey*
Liam McGivern*
JUSTICE IN AGING
1444 I Street, NW, Suite 1100
Washington, DC  20005
Telephone: (202) 683-1990
RBailey@justiceinaging.org
LMcGivern@justiceinaging.org

Sheila S. Boston*
Samuel Lonergan*
Robert Grass*
ARNOLD & PORTER KAYE
   SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Sheila.Boston@arnoldporter.com
Samuel.Lonergan@arnoldporter.com
Robert.Grass@arnoldporter.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing Plaintiffs' Motion for Class Certification by filing the document with the Clerk of the Court on the CM/ECF system, which sends notification to all counsel of record.

                                               */s/ Debra Lynn Gardner*
                                               Debra Lynn Gardner (Fed. Bar No. 24239)