IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IRENE CONNOR, et al., | * |
| Plaintiffs | * |
| v. | *   Civ. No.: MJM-24-1423 |
| MARYLAND DEPARTMENT OF HEALTH, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the forthcoming Memorandum, it is this __22nd__ day of April, 2025, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (ECF 36) is DENIED;

2. Defendants shall file an answer to the Complaint no later than **May 20, 2025**;

3. Plaintiffs' Motion for Class Certification (ECF 32) is GRANTED;

4. The Court CERTIFIES under Rule 23(b)(2) of the Federal Rules of Civil Procedure a class consisting of:

> Residents of nursing facilities who have disabilities with mobility impairment, and who live in nursing facilities that operate under the oversight authority of the Maryland Department of Health;

5. The Court APPOINTS the plaintiffs identified by pseudonyms Irene Connor, Michael Nevin, Alex Noonan, Herman Dressel, and Eleanor Hollman, on behalf of Richard Hollman, as the class representatives to pursue claims against Defendants on behalf of themselves and the class for violations of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131, et seq. and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, et seq.; and

6. The Court APPOINTS Public Justice Center, Justice in Aging, and Arnold & Porter Kaye Scholer, LLP as class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

_____
Matthew J. Maddox
United States District Judge