IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:24-cv-01423-MJM ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' STATEMENT NOTING DEATH OF HERMAN DRESSEL**

Plaintiff Herman Dressel[1] passed away at home on March 30, 2025. Under Rule 25(b), "[a]fter a party's death, if the right sought to be enforced survives only to or against the remaining parties, the action does not abate, but proceeds in favor of or against the remaining parties. The death should be noted on the record."

At the time this case was filed, Mr. Dressel was 75 years old and previously, a resident of a Maryland state-licensed nursing facility. ECF 32-20, ¶ 3. He was discharged in May 2024 and lived in the community with his wife, and was receiving nursing services through the Medicaid Home and Community Based Waiver. *Id.*

In light of the Court's recent order granting class certification and denying the defendant's motion to dismiss, ECF 63, the plaintiffs believe the case can continue to proceed with the remaining plaintiffs as class representatives.

---

[1] Plaintiffs in this case, including Mr. Dressel, are proceeding under pseudonyms on the public record. ECF 57.

Dated: May 2, 2024

Respectfully Submitted,

*/s/ Debra Lynn Gardner*

Debra Lynn Gardner (Fed. Bar No. 24239)
PUBLIC JUSTICE CENTER
201 North Charles Street, Suite 1200
Baltimore, Maryland 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
gardnerd@publicjustice.org

Regan Bailey*
Carol Wong*
Liam McGivern*
JUSTICE IN AGING
1444 I Street, NW, Suite 1100
Washington, DC  20005
Telephone: (202) 683-1990
RBailey@justiceinaging.org
CWong@justiceinaging.org
LMcGivern@justiceinaging.org

Sheila S. Boston*
Samuel Lonergan*
Robert Grass*
ARNOLD & PORTER KAYE
    SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Sheila.Boston@arnoldporter.com
Samuel.Lonergan@arnoldporter.com
Robert.Grass@arnoldporter.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Plaintiffs' Statement Noting Death of Herman Dressel by filing the document with the Clerk of the Court on the CM/ECF system, which sends notification to all counsel of record.

                                                  */s/ Debra Lynn Gardner*
                                                  Debra Lynn Gardner (Fed. Bar No. 24239)