**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** |
| | ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) ) |
| | ) |
| Defendants. | ) |

_____

**JOINT MOTION TO EXTEND STAY OF LITIGATION**

The Parties jointly move the Court for an order extending the stay of this action through April 27, 2026, pending additional settlement negotiations and mediation between the Parties.

As grounds for this Motion, the Parties state as follows:

1.  Plaintiffs filed their complaint with the Court on May 15, 2024.  Thereafter, Plaintiffs filed their Motion for Class Certification on July 19, 2024.

2.  On July 22, 2024, the Defendants filed their Motion to Dismiss. All briefing for both motions was completed by October 4, 2024.

3.  On April 22, 2025, this Court issued its Memorandum Opinion granting class certification and denying the Motion to Dismiss.

4.  On May 6, 2025, Defendants filed their Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) with the U.S. Court of Appeals for the Fourth Circuit.  On May 30, Plaintiffs filed their Opposition to the Petition for Permission to

Appeal.  On June 11, the U.S. Court of Appeals for the Fourth Circuit denied the Petition for Permission to Appeal.

5.  On May 28, Defendants filed their Answer to Class Action Complaint.

6.  On June 5, the Parties filed a Joint Motion to Stay Litigation and Request for Referral for Settlement Mediation seeking a stay of 30 days in the litigation, which this Court granted June 11, 2025.

7.  On June 26, the Parties sought an extension of the stay until September 12, 2025. The Court granted that extension on June 26, 2025.

8.  From July 1 to November 14, the Parties met nine times in informal negotiation sessions and made significant progress in narrowing the areas of disagreement.

9.  On November 14, 2025, and January 7, 2026, the Parties engaged in full days of formal mediation with the assistance of Magistrate Judge Charles D. Austin.  During these mediations, the Parties were able to reach agreement on a number of issues. However, several outstanding issues remain for further negotiation.  The parties requested and Magistrate Judge Austin scheduled a third mediation session to take place on April 13, 2026.

10. As a result, the Parties seek a further stay in this case.

11. On or before April 27, 2026, the Parties will report to the Court on the status of the negotiations.

12. The Court has authority to issue the proposed Order under Rule 6(b) of the Federal Rules of Civil Procedure and under its inherent authority to manage its docket.  A proposed Order accompanies this Motion.

Wherefore, the Parties respectfully request that the Court stay all litigation activities in this action through April 27, 2026.

Dated: February 17, 2026        Respectfully submitted,

/s/ Sam Williamson
Debra Lynn Gardner (Fed. Bar No. 24239)
Ashley Woolard (Fed. Bar No. 31195)
Sam Williamson (Fed. Bar No. 20990)
PUBLIC JUSTICE CENTER
201 North Charles Street, Suite 1200
Baltimore, Maryland 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
gardnerd@publicjustice.org

Regan Bailey*
Carol Wong*
Liam McGivern*
JUSTICE IN AGING
1444 I Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 683-1990
RBailey@justiceinaging.org
CWong@justiceinaging.org
LMcGivern@justiceinaging.org

Sheila S. Boston*
Samuel Lonergan*
Robert Grass*
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Sheila.Boston@arnoldporter.com
Samuel.Lonergan@arnoldporter.com
Robert.Grass@arnoldporter.com

*Attorneys for Plaintiffs*

3

*Admitted *Pro Hac Vice*

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Bambi Glenn
Bambi Glenn
Assistant Attorney General
Federal Bar No. 11296
Maryland Department of Health
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
bambi.glenn1@maryland.gov
(410) 767-6994 (telephone)
(410) 333-7894 (facsimile)

/s/ Nicole Lugo Clark
Nicole Lugo Clark
Assistant Attorney General
Federal Bar No. 26983
Maryland Department of Health
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
Nicole.LugoClark@maryland.gov
(410) 767-5292 (direct)
(410) 333-7894 (facsimile)

*Attorneys for the Maryland Department
of Health and Secretary of Health*