**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) ) ) |
| Defendants. | ) |

---

### ORDER EXTENDING STAY OF LITIGATION

Upon review of the Joint Motion to Extend Stay of Litigation (ECF ___), it is this

____ day of _____, 2026, hereby ORDERED that the motion is GRANTED and the

litigation is STAYED through April 27, 2026.

_____
Matthew J. Maddox, U.S. District Judge