# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** |
| | ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

_____

## ORDER EXTENDING STAY OF LITIGATION

Upon review of the Joint Motion to Extend Stay of Litigation (ECF  92 ), it is this

 18th day of   February , 2026, hereby ORDERED that the motion is GRANTED and the

litigation is STAYED through April 27, 2026.

/S/

_____

Matthew J. Maddox, U.S. District Judge