**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** |
| | ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

_____

**JOINT STATUS UPDATE**

On February 17, 2026 the Parties jointly moved the Court for an order extending the stay of this action through April 27, 2026 to facilitate additional settlement negotiations and mediation between the Parties.

Since the Court granted the extension on February 19, 2026 the parties have continued to negotiate a settlement resolution to this case. We met on April 8th, and again on April 13th with Judge Austin in formal mediation. We have exchanged documents and reached agreement on the vast majority of the terms.

We have another mediation session with Judge Austin on April 28th. At that point, we believe we will have a better understanding as to whether a request for an additional is needed, and if so, for what term.

We look forward to updating you further as to the status of these negotiations.

Dated:  April 27, 2026

Respectfully submitted,

/s/ *Debra Lynn Gardner*

Debra Lynn Gardner (Fed. Bar No. 24239)
Ashley Woolard (Fed. Bar No. 31195)
Sam Williamson (Fed. Bar No. 20990)
PUBLIC JUSTICE CENTER
201 North Charles Street, Suite 1200
Baltimore, Maryland 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423
gardnerd@publicjustice.org

Regan Bailey*
Carol Wong*
Liam McGivern*
JUSTICE IN AGING
1444 I Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 683-1990
RBailey@justiceinaging.org
CWong@justiceinaging.org
LMcGivern@justiceinaging.org

Sheila S. Boston*
Samuel Lonergan*
Robert Grass*
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Sheila.Boston@arnoldporter.com
Samuel.Lonergan@arnoldporter.com
Robert.Grass@arnoldporter.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

2

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ BambiGlenn*
Bambi Glenn
Assistant Attorney General
Federal Bar No. 11296
Maryland Department of Health
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
bambi.glenn1@maryland.gov
(410) 767-6994 (telephone)
(410) 333-7894 (facsimile)

_____

*/s/ Nicole Lugo Clark*
Nicole Lugo Clark
Federal Bar No. 26983
Assistant Attorney General
Maryland Department of Health
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
Nicole.LugoClark@maryland.gov
(410) 767-5292 (direct)
(410) 333-7894 (facsimile)

Attorneys for the Maryland Department
of Health and Secretary of Health

3