**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** |
| | ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) ) |
| | ) |
| Defendants. | ) |

_____

**ORDER EXTENDING STAY OF LITIGATION**

Upon review of the Joint Motion to Extend Stay of Litigation (ECF _96_), it is this

_1st_ day of _May_____, 2026, hereby ORDERED that the motion is GRANTED and the

litigation is STAYED through July 1, 2026.

_____
/S/

Matthew J. Maddox, U.S. District Judge