**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** <br> ) |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

_____

**ORDER EXTENDING STAY OF LITIGATION**

Upon review of the Joint Motion to Extend Stay of Litigation (ECF __98__ ), it is this

__2nd__ day of ____July____ , 2026, hereby ORDERED that the motion is GRANTED and the

litigation is STAYED through August 31, 2026.

/S/
_____
Matthew J. Maddox, U.S. District Judge