**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil Action No. 1:24-cv-01423-MJM** |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) | |
| Defendants. | ) | |

---

**ORDER EXTENDING STAY OF LITIGATION**

Upon review of the Joint Motion to Extend Stay of Litigation (ECF 101), it is this 1st day of September, 2026, hereby ORDERED that the motion is GRANTED and the litigation is STAYED through October 9, 2026.

/S/
Matthew J. Maddox, U.S. District Judge