**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) |
| Plaintiffs, | ) |
| v. | ) **Civil Action No. 1:24-cv-01423-MJM** |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) |
| Defendants. | ) |

---

**AMENDED ORDER EXTENDING STAY OF LITIGATION**

Upon review of the Joint Motion to Extend Stay of Litigation (ECF 104), it is this _15th day of___ October, 2026, hereby ORDERED that the motion is GRANTED and shall remain in effect pending further order from this Court.

A status conference shall be held on _20 h day of__ October , 2026 at_ 12:00 o'clock.

/S/

Matthew J. Maddox, U.S. District Judge