**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil Action No. 1:24-cv-01423-MJM** |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL**

Plaintiffs respectfully move for an extension of time from the November 20, 2026 date set by the Court to file the Parties' motion for preliminary approval of settlement. Plaintiffs request to file the joint motion and all related papers by December 10, 2026.

As grounds for this Motion, Plaintiffs state as follows:

1. On October 9, 2026, the Parties filed their Joint Motion to Extend Stay of Litigation in which they informed the Court that the Parties had achieved a complete settlement of Plaintiffs' claims. The Parties requested that the Court schedule a status conference to set a schedule for preliminary approval of their settlement.

2. During the status conference held October 20, 2026, at Class Counsel's suggestion, the Court set a deadline of November 20, 2026, date for the filing of the Joint Motion for Preliminary Approval of Proposed Settlement and related papers, and set a fairness hearing for March 26, 2027. A paperless order followed that day. ECF No. 107.

3. Plaintiffs now seek an extension for the filing to December 10, 2026.

4. Good cause exists to extend the filing date. Plaintiffs' counsel experienced unanticipated delays in finalizing the documents for filing and securing signatures from the Class Representatives. Plaintiffs' requested extension will not prejudice class members or impact the scheduled March 26, 2027 final fairness hearing. If the requested extension is granted, the Parties will still have sufficient time to provide the class with notice of the proposed settlement and allow the required time for objections or comments in advance of the scheduled fairness hearing.

5. Counsel for Defendants consent to Plaintiffs' requested extension.

6. The Court has authority to issue the proposed Order under Rule 6(b) of the Federal Rules of Civil Procedure and under its inherent authority to manage its docket. A proposed Order accompanies this Motion.

Wherefore, Plaintiffs respectfully request that the Court extend their deadline to file the Parties' joint motion for preliminary approval of settlement to December 10, 2026.

Dated: November 18, 2026

Respectfully submitted,

__________________________________

Debra Lynn Gardner (Fed. Bar No. 24239)
Ashley Woolard (Fed. Bar No. 31195)
Sam Williamson (Fed. Bar No. 20990)
PUBLIC JUSTICE CENTER
201 North Charles Street, Suite 1200
Baltimore, Maryland 21201
Telephone: (410) 625-9409
Facsimile: (410) 625-9423

gardnerd@publicjustice.org

Regan Bailey*
Carol Wong*
Liam McGivern*
JUSTICE IN AGING
1444 I Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 683-1990
RBailey@justiceinaging.org
CWong@justiceinaging.org
LMcGivern@justiceinaging.org

Sheila S. Boston*
Samuel Lonergan*
Robert Grass*
ARNOLD & PORTER KAYE
SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Sheila.Boston@arnoldporter.com
Samuel.Lonergan@arnoldporter.com
Robert.Grass@arnoldporter.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Consent Motion for Extension of Time by filing the document with the Clerk of the Court on the CM/ECF system, which sends notification to all counsel of record.

/s/ Debra Lynn Gardner
Debra Lynn Gardner (Fed. Bar No. 24239)