**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IRENE CONNOR, et al., for themselves and those similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil Action No. 1:24-cv-01423-MJM** |
| MARYLAND DEPARTMENT OF HEALTH, et al., | ) | |
| Defendants. | ) | |

---

**ORDER EXTENDING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Upon review of the Consent Motion for Extension of Time to file the Parties' Joint Motion for Preliminary Approval, ECF-108, it is this 24th day of November, 2026, hereby ORDERED that the motion is GRANTED and the deadline is hereby extended to December 10, 2026.

/S/
Matthew J. Maddox, U.S. District Judge